UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
TEDDY ATKINSON,

      Petitioner,

                    9:05-CV-0286

 -v.-                   (TJM)

UNITED STATES OF AMERICA,

      Respondent.

-----------------------------------------------------------------------

APPEARANCES:          OF COUNSEL:

TEDDY ATKINSON
Petitioner, *pro se*
06561-052

OFFICE OF THE UNITED STATES   MIROSLAV LOVRIC, ESQ.
ATTORNEY
15 Henry Street
319 Federal building
Binghamton, NY 13901

THOMAS J. MCAVOY, SENIOR JUDGE

# ORDER

   By Order filed October 27, 2006, this Court denied the Motion for Reconsideration brought by Teddy Atkinson ("Atkinson" or "Petitioner").  *See* Docket No. 38.  Atkinson has appealed such Order to the Second Circuit Court of Appeals.  *See* Docket No. 39.  Presently before the Court is Petitioner's request to proceed *in forma pauperis* during the appeal of his case.  *See* Docket No. 41.

   Because the Petitioner is indigent, the Court grants Petitioner's request to proceed with this matter *in forma pauperis* for purposes of his appeal to the Second Circuit.

WHEREFORE, it is hereby

ORDERED, that Petitioner's request to proceed with the appeal of this matter *in forma pauperis* (Docket No. 41) is granted, and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: December 4, 2006

Thomas J. McAvoy
Senior, U.S. District Judge